**91-47.** Riley v. Swartsell. *Butler County*, No. CA90-06-0118.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**91-59.** Lazarevich v. Staudacher. *Mahoning County*, No. 89 C.A. 144.

**91-71.** Stow v. Summit Cty. *Summit County*, No. 14624.

Moyer, C.J., Holmes and H. Brown, JJ., dissent.

**91-75.** Cornelius v. B.G. Danis Co. *Hamilton County*, No. C-890500.

Resnick, J., dissents.

**91-76.** Deboo v. Walters. *Montgomery County*, No. CA 12006.

**91-84.** Jones v. Gray Drug Fair, Inc. *Ashtabula County*, No. 89-A-1465.

**91-85.** Noel v. Bureau of Workers' Comp. *Franklin County*, No. 90AP-936.

Sweeney and Douglas, JJ., dissent.

**91-96.** Wright Partners v. Keller. *Greene County*, No. 89-CA-0022.

**91-97.** France v. Lambert. *Stark County*, No. CA-8197.

Douglas, J., dissents.

**91-115.** Holland v. Riverside Methodist Hosp. *Franklin County*, No. 89AP-1228.

**91-126.** Harris v. Pallone Mgt., Inc. *Franklin County*, No. 90AP-240.

Wright, J., dissents.

**91-186.** Columbus Consol. Agency, Inc. v. Wolfson. *Franklin County*, No. 90AP-366.

Wright and H. Brown, JJ., dissent.

## REHEARING DOCKET

**89-2127.** Grant Thornton v. Windsor House, Inc. *Mahoning County*, No. 87 C.A. 187. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**90-1154.** Railroad S. & L. Co. v. Berman. *Franklin County*, No. 89AP-626. On motion for rehearing. Rehearing denied.

**90-1592.** State, ex rel. Chandler, v. Ohio Adult Parole Auth. In Mandamus. 

 On motion for rehearing. Rehearing denied.

**90-2499.** Castle v. Kelsey-Hayes Co. *Knox County*. No. 90-CA-20. On motion for rehearing. Rehearing denied.

**90-2554.** Ashton v. Premix/E.M.S., Inc. *Fairfield County*, No. 45-CA-NOV-89. 

 On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**90-2533.** Cleveland Bar Assn. v. Nardi. On motion to receive objection as filed instanter. Motion for leave to file instanter granted. *Sua sponte,* relator granted leave pursuant to Gov. Bar R. V(21) to file answer brief. Pursuant to Gov. Bar R. V(22), this cause is to be set for argument.

Holmes, J., not participating.

## MISCELLANEOUS DISMISSALS

**91-256.** Elizaga v. Wells Constr. Co. *Jefferson County*, No. 88-J-41. Cause dismissed, on application of counsel for appellants, effective March 26, 1991.

**91-257.** Ayala v. Wells Constr. Co. *Jefferson County*, No. 88-J-42. Cause dismissed, on application of counsel for appellants, effective March 26, 1991.

**91-454.** In re Berry. *Franklin County*, No. 90AP-850. Cause dismissed, on application of counsel for appellant, effective March 26, 1991.

Friday, March 29, 1991

## MOTION DOCKET

**91-338.** Heckman v. McCullion. *Trumbull County*, No. 89-T-4328. On motion for stay. Motion denied, effective March 28, 1991.

Sweeney and Douglas, JJ., dissent.

**91-389.** State, ex rel. Applicant No. 1118 for Admission to the Practice of Law in Ohio, v. Ohio Board of Bar Examiners. In Mandamus. On motion for protective order. Motion granted, effective March 28, 1991.